1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10                WESTERN DIVISION

| | |
|---|---|
| 11 MICHAEL WILSON, | No. CV 16-09449-DOC (DFM) |
| 12            Plaintiff, | |
| 13        v. | Order Accepting Report and Recommendation of United States Magistrate Judge |
| 14 JOSIE GASTELLO, | |
| 15            Defendant. | |
| 16 | |
| 17 | |

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and
19   all the records and files herein, along with the Report and Recommendation of
20   the assigned United States Magistrate Judge. No objections to the Report and
21   Recommendation were filed, and the deadline for filing such objections has
22   passed. The Court accepts the findings, conclusions, and recommendations of
23   the United States Magistrate Judge.
24   ///
25   ///
26   ///
27   ///
28   ///

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Second Amended Complaint without leave to amend.

Dated: August 22, 2018

_David O. Carter_

DAVID O. CARTER
United States District Judge