JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL WILSON,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSIE GASTELLO,<br><br>　　　　　Defendant. | No. CV 16-09449-DOC (DFM)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

Dated: August 22, 2018

　　　　　　　　　　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　United States District Judge